## LEE COUNTY *v.* CLEWS.

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA.

No. 79.  Argued and submitted November 30, 1874. — Decided December 21, 1874.

*Chambers County* v. *Clews*, 21 Wall. 317, followed.

MR. JUSTICE HUNT delivered the opinion of the court.

The case of *The County of Lee*, plaintiff in error, v. *Clews*, defendant, (No. 79,) involves the same questions and is decided by the same principles as *Chambers County* v. *Clews*, 21 Wall. 317.

The judgment is *Affirmed.*

*Mr. R. T. Merrick* for plaintiff in error.

*Mr. Samuel F. Rice* for defendant in error.

---

## SCHOW *v.* HARRIMAN.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MINNESOTA.

No. 101.  Argued December 4, 7 and 8, 1874. — Decided January 25, 1875.

*Schulenberg* v. *Harriman*, 21 Wall. 44, followed.

MR. JUSTICE FIELD delivered the opinion of the court.

This case depends upon the same principles for its disposition as the case of *Schulenberg* v. *Harriman*, just decided, 21 Wall. 44, and upon its authority the judgment is *Affirmed.*

*Mr. E. C. Palmer* for plaintiff in error.

*Mr. John C. Spooner, Mr. B. J. Stevens, Mr. P. L. Spooner* and *Mr. J. C. Sloan* for defendant in error.